```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

WARREN KIRK DUNN,                                          Plaintiff

v.                            3:11CV00092 BRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                   Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 28th day of August, 2012.


                                    /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE